Case 05-61496   Filed 07/25/07   Doc 135

PAGES
PATRICK KAVANAGH
BAR NO. 99829
LAW OFFICES OF PATRICK KAVANAGH
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Trustee

FILED
JUL 25 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 05-61496-B-7K |
|---|---|
| MARGARITA AVELINA PAULSEN, | DC-PK-2 |
|  | Chapter 7 |
|  | FINDINGS OF FACT |
| Debtor. |  |

COMES NOW W. RICHARD LEE, UNITED STATES BANKRUPTCY COURT JUDGE, and makes the following Findings of Fact: pursuant to the hearing in open court on July 12, 2007.

1. For purposes of trustee's commission and real estate broker's fees, this sale will be deemed a sale for $291,000.00.

DATED: 7-25-07

By _____
W. RICHARD LEE
U.S. BANKRUPTCY COURT JUDGE

-1-

RECEIVED
July 24, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000839431